1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| NINA MEDINA-MELLEY | CASE NO. 06cv0808 JM(WMc) |
|---|---|

11

Plaintiff,

ORDER REFERRING MATTER TO
UNITED STATES MAGISTRATE
JUDGE

vs.

12
13

JO ANNE B. BARNHART, Commissioner
of Social Security,

14

Defendant.

15
16

Plaintiff Nina Medina-Melley brings this action for review of a decision of the Commissioner

17

of Social Security denying benefits.  All matters arising in this Social Security appeal are hereby

18

referred to United States Magistrate Judge William McCurine, Jr. for a report and recommendation

19

in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).  When the parties seek to

20

file a motion for summary judgment in this case, the parties shall contact the chambers of Magistrate

21

Judge McCurine to secure scheduling, filing and/or hearing dates.

22

**IT IS SO ORDERED.**

23

DATED: November 7, 2006

24
25

_____
Hon. Jeffrey T. Miller
United States District Judge

26
27

cc: All Parties

28

06cv0808